_____

No. 95-3278
_____

David S. Cohen, as trustee for        *
the Chapter 11 Bankruptcy             *
estate of Norman E. Dyer,             *
                                      *   Appeal from the United States
        Appellant,                    *   District Court for the
                                      *   District of Minnesota.
    v.                                *
                                      *        [UNPUBLISHED]
Michael Snow,                         *
                                      *
        Appellee.                     *
_____

        Submitted:  June 11, 1996

           Filed:  October 17, 1996
_____

Before BOWMAN, LAY, and LOKEN, Circuit Judges.

_____

PER CURIAM.


     David S. Cohen, trustee for the bankruptcy estate of Norman E. Dyer,
appeals from the District Court's grant of summary judgment to defendant
Michael Snow.  The court found that plaintiff failed to provide sufficient
evidence to establish the "but for" causation requirement of a legal
malpractice claim under Minnesota law.  We have read all of the materials
submitted by the parties and have considered their arguments.  We conclude
that the judgment of the District Court was correct.  Accordingly, we
affirm.  See 8th Cir. R. 47B.

     A true copy.


     Attest:


          CLERK, U. S. COURT OF APPEALS, EIGHTH CIRCUIT.